IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cr-00271-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN DION SMITH,

        Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Mandate issued on July 27, 2007, it is

ORDERED that this case is dismissed for lack of jurisdiction.

DATED:   August 29th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge