**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation: Kurt Thoene

Date: May 27, 2009

---

Criminal Action No. 95-cr-00271-CMA

*Parties:*                                             *Counsel:*

UNITED STATES OF AMERICA,                              Stephen Tokarz

    Plaintiff,

v.

KEVIN SMITH,                                           Marc Milavitz
    a/k/a "Big Yak,"

    Defendant.

---

**COURTROOM MINUTES**

---

HEARING: Motion

**8:56 a.m.**     **Court in session**.

Argument.

**ORDER:**     Defendant's Motion to Correct Sentence Pursuant to 18 U.S.C. § 3582 **(48)** is **denied**.

**9:07 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:11