**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01751-CMA
(Criminal Action No. 95-cr-00271-CMA-1)

UNITED STATES OF AMERICA,

v.

KEVIN D. SMITH,

    Defendant/Movant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Denying 28 U.S.C. § 2255 Motion of Judge Christine M. Arguello entered on July 3, 2014 it is

    ORDERED that the "Memorandum of Law in Support of Petition for Writ of Habeas Corpus Filed Pursuant to Title 28 U.S.C. Section 2255" (Docket No. 90 filed June 23, 2014), which the Court has construed liberally as a motion for relief under 28 U.S.C. § 2255 is DENIED. It is further

    ORDERED that a certificate of appealability is DENIED.


   Dated at Denver, Colorado this 7th day of July, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                            By:  s/   A. Thomas
                                    Deputy Clerk